**Exhibit A to the Complaint**

**Location:** Syosset, NY  **IP Address:** 108.41.127.78
**Total Works Infringed:** 97  **ISP:** Verizon Fios

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 0268A4F2D187EE10BE5C24BCFE5ED4CDC98D1586 | Blacked | 05/16/2018 05:35:47 | 05/05/2018 | 05/24/2018 | PA0002101366 |
| 2 | 040DBEAA52A188869D3639C7B93F35F2FFEA55AF | Vixen | 05/05/2018 11:50:28 | 04/29/2018 | 05/19/2018 | 16665915497 |
| 3 | 04DD7393B8429D63780812BC504D4E8FD0716B74 | Tushy | 07/04/2017 23:04:45 | 06/30/2017 | 07/07/2017 | PA0002070818 |
| 4 | 06C8D1B3B161D8AA224CC9C09F4AD90C3B8DB34D | Vixen | 12/02/2017 04:55:54 | 11/30/2017 | 01/04/2018 | PA0002097470 |
| 5 | 07C9AC091B7A09BCC810C747DF28C7587E69C207 | Tushy | 12/31/2017 14:37:28 | 12/27/2017 | 01/23/2018 | PA0002101754 |
| 6 | 0CA382D12076218E028E0F91A2387712E0C55BAF | Blacked Raw | 01/20/2018 11:42:42 | 01/17/2018 | 01/24/2018 | PA0002101760 |
| 7 | 0CEAC20A97C692BE4BA6F6D3DBBBF98215436658 | Blacked | 03/05/2018 09:46:12 | 03/01/2018 | 04/12/2018 | PA0002091580 |
| 8 | 0D431AA11E45363AD66ECF84287F06CAC24E5BA4 | Blacked Raw | 01/13/2018 04:39:09 | 01/07/2018 | 01/24/2018 | PA0002101759 |
| 9 | 0ED1618079E29D4BB708465328D67B227B1AA795 | Vixen | 03/11/2018 08:24:34 | 03/10/2018 | 03/15/2018 | 16490992224 |
| 10 | 10BEDB573A405FED6CBFCC7A7F2EF4A683599128 | Blacked | 04/22/2018 14:52:08 | 03/26/2018 | 04/12/2018 | PA0002091525 |
| 11 | 15D49F2421D395AABAC40E1729D7AE6571ADD23A | Tushy | 01/21/2018 18:09:46 | 01/16/2018 | 01/24/2018 | PA0002101757 |
| 12 | 1668C21E38E43216F666072CC16816AA43E4241A | Tushy | 02/04/2018 02:50:12 | 01/31/2018 | 02/07/2018 | 16288762311 |
| 13 | 190C739EBD03ED6EC0B6DB2E484A9E287CFF4DD2 | Tushy | 01/07/2018 10:54:22 | 01/01/2018 | 01/22/2018 | PA0002101767 |
| 14 | 1B3809FFA347F41AC39F6AE5755983E1BA4876BE | Tushy | 03/17/2018 10:30:49 | 03/12/2018 | 04/07/2018 | 16490992492 |
| 15 | 1DBBC9ACE2E3ECBDC9CBCEBCCBF839699F63A015 | Tushy | 12/08/2017 22:38:57 | 12/07/2017 | 01/04/2018 | PA0002097494 |
| 16 | 1F11AA8DB1D64E7C980693CBD8C37407A6C3963C | Tushy | 03/05/2018 04:35:34 | 03/02/2018 | 03/15/2018 | 16490951027 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 2560C81F365E951C6216A05E2BE2ABBE80980385 | Blacked | 02/10/2018 03:45:23 | 01/30/2018 | 03/01/2018 | PA0002079186 |
| 18 | 270E3B740D636C0F0F8822E6A86F6394EB5087FA | Blacked | 07/30/2017 22:36:39 | 07/24/2017 | 08/11/2017 | PA0002046874 |
| 19 | 29416999C39B4318CE1055AE02A96E2E4E8E27EE | Tushy | 03/25/2018 14:52:16 | 03/17/2018 | 04/07/2018 | 16490992381 |
| 20 | 2B47AB1AC715202A682205DE2386E9131256D398 | Blacked | 01/29/2018 05:59:27 | 01/25/2018 | 02/03/2018 | 16331855819 |
| 21 | 35EAD5941FA73CE6D62909EC6BB08B1D6D7E8DB9 | Vixen | 04/27/2018 16:38:04 | 04/24/2018 | 05/19/2018 | 16665915302 |
| 22 | 3788CE4A3F730B49350BB054A2A60EF6910B76CE | Blacked Raw | 02/19/2018 02:26:15 | 02/16/2018 | 03/01/2018 | PA0002079185 |
| 23 | 380BEF99349FCD39014E5500440BF20CDAA3EB24 | Blacked Raw | 01/28/2018 21:41:15 | 01/22/2018 | 02/03/2018 | 16288762462 |
| 24 | 39F58B9046EBED6CF3F8C861E3A68DBE3730FA24 | Vixen | 01/20/2018 03:57:10 | 01/14/2018 | 01/22/2018 | PA0002101751 |
| 25 | 3A3488533F8F0CC6B522C2A5497FAB7ED965894B | Blacked | 12/23/2017 06:29:00 | 12/21/2017 | 01/15/2018 | PA0002070941 |
| 26 | 3D4C3A5F21D73CD9B686B22EC8B731AAAD2C2B34 | Blacked | 04/22/2018 14:25:12 | 04/15/2018 | 05/23/2018 | PA0002101306 |
| 27 | 3E4D1B5168D11A249867DAEBCF3B524396BF2FF4 | Blacked Raw | 03/11/2018 13:32:11 | 03/08/2018 | 03/15/2018 | 16490950909 |
| 28 | 3F55299C0340DB28E93C088B26DEC2825875EAF3 | Tushy | 04/14/2018 03:42:06 | 04/06/2018 | 05/19/2018 | 16665915351 |
| 29 | 3FAFBAE34C2D75BE3584038E1FB6D029EBAFC6FC | Vixen | 03/31/2018 07:31:14 | 03/30/2018 | 04/07/2018 | 16490992551 |
| 30 | 3FB58C26F2A88B2C84071FDFC4BED925A4041D7B | Tushy | 05/17/2018 05:31:16 | 05/06/2018 | 05/19/2018 | 16665887739 |
| 31 | 423038046264574BA54907E992EE95DF1AC8F53C | Blacked | 12/23/2017 13:06:22 | 12/16/2017 | 01/24/2018 | PA0002101762 |
| 32 | 42ADC03DA503D602DCFB0AA6F862A8E3BF452B76 | Blacked Raw | 02/09/2018 05:32:48 | 02/06/2018 | 02/07/2018 | 16288499072 |
| 33 | 438C2A396C19B30F7ABD2F8A66FE73D31385F720 | Blacked | 11/19/2017 14:33:47 | 11/16/2017 | 11/21/2017 | PA0002098042 |
| 34 | 450BF9E0938225411862819CF362767C314B55CD | Blacked | 01/06/2018 18:46:03 | 01/05/2018 | 01/15/2018 | PA0002099696 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | 4845726CC880140CA1FDF1C00112F8006ED846DB | Tushy | 01/13/2018 06:37:17 | 01/11/2018 | 01/24/2018 | PA0002101766 |
| 36 | 4B5A05E9B7D64BBDBEDDF9919079E8B7D9B2AFD3 | Tushy | 05/17/2018 09:13:02 | 05/16/2018 | 05/19/2018 | 16665887690 |
| 37 | 5014F8161D9A5FA1CCC72274CBC327EC5493E72E | Blacked Raw | 01/07/2018 03:18:17 | 01/02/2018 | 01/26/2018 | PA0002101761 |
| 38 | 53DB4894FCA7DDBD26158D259CD53023DD8E6C22 | Tushy | 03/31/2018 02:51:14 | 03/27/2018 | 04/07/2018 | 16490950464 |
| 39 | 53FAB44D9EA232A2B542382A56DE473F582EC8F4 | Blacked | 04/22/2018 15:03:52 | 11/01/2017 | 11/27/2017 | PA0002098034 |
| 40 | 57D55CF2E1C375BBFAB76A1226219452189BF550 | Blacked Raw | 12/06/2017 03:12:52 | 12/03/2017 | 01/04/2018 | PA0002097460 |
| 41 | 619087AA4E381BBC04622FC4EE16026B149D8B62 | Tushy | 03/11/2018 06:24:31 | 03/07/2018 | 03/15/2018 | 16490950752 |
| 42 | 619A7985AE261937FD346F9ADDCC8488860D7265 | Blacked Raw | 04/27/2018 03:24:41 | 04/22/2018 | 05/24/2018 | PA0002101381 |
| 43 | 6A8493D4C487CDDF7D76CAB890CD82363B8C5916 | Vixen | 11/11/2017 08:49:44 | 11/05/2017 | 11/30/2017 | PA0002098007 |
| 44 | 6BE5711679EBAFE1B5EBC7FDED097E97F24D883D | Blacked Raw | 01/13/2018 11:17:54 | 01/12/2018 | 01/23/2018 | PA0002101755 |
| 45 | 6C5802283DDB948D5E7C7285AAB35FC6963810CA | Vixen | 05/17/2018 05:58:12 | 05/14/2018 | 05/19/2018 | 16665915595 |
| 46 | 6D33D6A73180FF59D6799C11BD94383627461DF7 | Blacked | 03/10/2018 22:35:57 | 03/06/2018 | 04/12/2018 | PA0002091581 |
| 47 | 72B0F82CB7D2DBB94223801D0C985C2BFB691BBF | Blacked | 03/17/2018 04:49:37 | 03/11/2018 | 04/07/2018 | 16490950811 |
| 48 | 7DDCB87C9BC05B6345CBEA4C05D8ADCE4D68508E | Vixen | 03/11/2018 08:33:27 | 03/05/2018 | 03/15/2018 | 16490950703 |
| 49 | 7F408B00F4331101A4BD172171B6B4DF81528B53 | Vixen | 04/14/2018 19:56:32 | 04/09/2018 | 05/19/2018 | 16665915448 |
| 50 | 7FB6510D8D9C606C8D4C8538B5D0CCC9FBE5F025 | Blacked Raw | 11/18/2017 15:53:30 | 11/13/2017 | 11/30/2017 | PA0002098039 |
| 51 | 7FE462AAD56BDEAEE096DE1B2A66D6E90FFA8FCE | Blacked Raw | 01/29/2018 07:07:29 | 01/27/2018 | 02/07/2018 | 16338676942 |
| 52 | 82504D8FB68E4B56C7400370EE3C2ED4E46AC107 | Blacked Raw | 04/22/2018 14:26:47 | 02/21/2018 | 03/02/2018 | 16331653668 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 53 | 86DA99CE52DFDC8CE11D344E8FA4344EA717F6CE | Tushy | 04/14/2018 03:42:32 | 04/11/2018 | 05/23/2018 | PA0002101305 |
| 54 | 872416BB25212A95AD22A1EC4DA21B34805979C2 | Blacked Raw | 03/05/2018 15:14:48 | 02/26/2018 | 03/02/2018 | 16338676992 |
| 55 | 878E3D525D37727914908A218101FB3E6DEB8FBD | Blacked | 04/22/2018 14:45:59 | 03/31/2018 | 04/12/2018 | PA0002091516 |
| 56 | 892D5B868E8C042524E5E8FE7213B61F25D1E171 | Blacked | 05/03/2018 09:36:46 | 04/30/2018 | 05/24/2018 | PA0002101364 |
| 57 | 8B2E01109A18A2D9339DF97A41751D6ECE2AED62 | Blacked Raw | 03/31/2018 00:02:45 | 03/28/2018 | 04/12/2018 | PA0002091513 |
| 58 | 8B8BE3E0E259F9F0030D8911D32BEBB1042BDF82 | Blacked Raw | 04/14/2018 03:40:05 | 04/07/2018 | 05/19/2018 | 16665887604 |
| 59 | 8B8DEE500ECB007329A8BDFE4876DF06B5568238 | Blacked | 04/15/2018 03:00:45 | 04/10/2018 | 05/23/2018 | PA0002101304 |
| 60 | 8CF60F2C9CAA78E22EF15A353F9BE105E9F74719 | Blacked Raw | 12/30/2017 23:51:16 | 12/28/2017 | 01/24/2018 | PA0002101763 |
| 61 | 8E7F1DDBB0AD1B2F0460C7BDB67B32289C021D2E | Tushy | 09/10/2017 21:43:18 | 09/08/2017 | 09/15/2017 | PA0002052841 |
| 62 | 9346C2F8A6E29C4B60C84E6579384A985F3474C0 | Vixen | 12/16/2017 00:46:12 | 12/10/2017 | 01/04/2018 | PA0002097451 |
| 63 | 96981C8AB8C48060F0256EF43B138C0DA629C36B | Tushy | 12/23/2017 09:27:02 | 12/22/2017 | 01/23/2018 | PA0002101752 |
| 64 | 9BC36488997211E81A405FE28F040E4BB1A45B7A | Blacked | 03/17/2018 18:01:29 | 03/16/2018 | 04/12/2018 | PA0002091582 |
| 65 | 9E784654D0A1BD2DC64938DE86C1DDF235A096EC | Blacked | 01/13/2018 06:34:31 | 01/10/2018 | 01/15/2018 | PA0002070942 |
| 66 | A72534FAB1A380A4748C380E81F1607127E305A5 | Blacked | 12/03/2017 01:53:21 | 11/26/2017 | 01/04/2018 | PA0002069346 |
| 67 | ABA6679BF8559143B35AA698BFA5B209D499EE98 | Tushy | 01/29/2018 09:11:10 | 01/26/2018 | 02/03/2018 | 16288762393 |
| 68 | AE2482D557A3B4CCE098B1912E9C0520ECF661FC | Blacked Raw | 05/16/2018 05:15:41 | 05/12/2018 | 05/24/2018 | PA0002101380 |
| 69 | AFE69E2BA4D77A89A9E82444A7A4709799A09FEC | Vixen | 01/29/2018 16:15:31 | 01/24/2018 | 02/03/2018 | 16331855888 |
| 70 | B0BBBDB6F900FBC1DB506642FC2E1521B71AD790 | Blacked | 04/22/2018 14:25:06 | 04/05/2018 | 04/07/2018 | 16490992430 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 71 | B1655B778E48C7F07F58A125E4BF9350E08A63FB | Vixen | 03/17/2018 17:21:08 | 03/15/2018 | 04/07/2018 | 16490992332 |
| 72 | B2784CBFD8F1438F27F43369D1142BCE07C7C24B | Vixen | 04/06/2018 04:24:27 | 04/04/2018 | 04/07/2018 | 16490951145 |
| 73 | B2CC6C343394C4F50E5CFE3B97F6FD3CCA7A7DB7 | Blacked | 03/25/2018 16:01:10 | 03/21/2018 | 04/12/2018 | PA0002091520 |
| 74 | B3CD1356092D254566EC9C832C8E37E68DDAA7C1 | Blacked Raw | 12/23/2017 09:56:42 | 12/18/2017 | 01/23/2018 | PA0002101753 |
| 75 | B44F69874AA27719B45841F0F734F08CBFFE9091 | Blacked | 05/16/2018 03:29:53 | 05/10/2018 | 05/24/2018 | PA0002101376 |
| 76 | B48D7F103A67CD4259912593C4FCEB8D1C997C13 | Blacked | 12/03/2017 17:20:32 | 12/01/2017 | 01/04/2018 | PA0002097436 |
| 77 | B68EDFE2DE43EB9F5FFE61D440BB2CB148B51738 | Blacked Raw | 04/22/2018 14:38:50 | 11/28/2017 | 01/04/2018 | PA0002097446 |
| 78 | BD6DEB77EF83AB94A57874BEE8BEF368AB585949 | Blacked | 08/12/2017 22:57:39 | 08/08/2017 | 08/18/2017 | PA0002077679 |
| 79 | BDBABBF663AD232C0FDA5C8C98FC9AA1A81B74B6 | Tushy | 03/25/2018 17:17:19 | 03/22/2018 | 04/07/2018 | 16490950860 |
| 80 | BE03EDE4D4D844F3F468077E6219C581D8A84C5E | Blacked | 02/09/2018 03:51:47 | 02/04/2018 | 03/01/2018 | PA0002079189 |
| 81 | BF9A8862FB7980570FA988AB354BA6300B4B31A0 | Tushy | 04/05/2018 21:57:57 | 04/01/2018 | 04/07/2018 | 16490950302 |
| 82 | C50EB10D01F7AA415B7D9BFCB60172915559B39C | Tushy | 12/08/2017 15:34:21 | 12/02/2017 | 01/04/2018 | PA0002097497 |
| 83 | D0944B3B26CD699C8CBD1F29C33DEB31C4958BA0 | Blacked | 05/16/2018 04:20:20 | 05/15/2018 | 05/19/2018 | 16665888065 |
| 84 | D1CFD8296393B3892B36E83A6CB6E2C3B15A56D5 | Vixen | 10/01/2017 13:24:57 | 09/21/2017 | 10/10/2017 | PA0002086168 |
| 85 | D38B0928E8E27B4AD1C9A911F2B1CE78833B088B | Vixen | 12/08/2017 15:27:23 | 12/05/2017 | 01/04/2018 | PA0002097413 |
| 86 | D61D660EFFF062A22636BD566F09DA817B3DCF26 | Blacked Raw | 03/25/2018 09:22:23 | 03/18/2018 | 04/07/2018 | 16490950543 |
| 87 | D734D30068BDB61429C2667A7E57D7D4D58E8E69 | Tushy | 01/28/2018 21:22:40 | 01/21/2018 | 02/03/2018 | 16288762511 |
| 88 | D96839ECB2CAB70E7BA68184F7B938E0B4C3A09D | Blacked Raw | 11/19/2017 15:59:42 | 11/18/2017 | 01/02/2018 | PA0002068867 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 89 | DFE186BEDAA84CD072E3081F3C41A1523068EC62 | Blacked | 02/10/2018 00:55:27 | 02/09/2018 | 02/16/2018 | 16331855770 |
| 90 | E006E8B0FB8DAFF172AB25A039A70F1D393D30D8 | Blacked Raw | 03/05/2018 18:04:31 | 03/03/2018 | 03/15/2018 | 16490950372 |
| 91 | E0A10E07095D4302B394F415B28F56FC1201E309 | Blacked | 04/22/2018 14:24:21 | 04/20/2018 | 05/23/2018 | PA0002101307 |
| 92 | E373EBC6E76B672C0A56B6029898037C2E1DB07C | Blacked | 01/06/2018 14:19:39 | 12/31/2017 | 01/15/2018 | PA0002099700 |
| 93 | E45A92DDA10D50FA8D99ED969B33701EB23FE16E | Tushy | 02/09/2018 05:10:41 | 02/05/2018 | 02/07/2018 | 16288499121 |
| 94 | EE6C1EFD7DB1DBB067A13F1E5D7DF4692674C5E1 | Tushy | 01/13/2018 04:37:27 | 01/06/2018 | 01/24/2018 | PA0002101756 |
| 95 | F7A81E8DA7A75EC38C99174456BFC968C0FC6376 | Blacked Raw | 03/25/2018 17:57:26 | 03/23/2018 | 04/07/2018 | 16490992283 |
| 96 | FD4394754A15B597FC9FCB7C5733D7BE126C9FD3 | Blacked | 12/16/2017 01:23:13 | 12/11/2017 | 01/04/2018 | PA0002097429 |
| 97 | FF6736AA2FFA9B25F495EA1EED78C25AF046B996 | Tushy | 05/05/2018 11:47:52 | 05/01/2018 | 05/19/2018 | 16665887555 |